# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 15, 2026

## NO. 03-24-00581-CR

**Victor Barrera Morones, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
## AFFIRMED -- OPINION BY JUSTICE CRUMP

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.